### File Hashes for IP Address 74.96.70.96

**ISP:** Verizon Online, LLC
**Physical Location:** Centreville, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/06/2015 05:00:52 | 8AC1CF5B52F3FA31F4BEE574134B150F98BCFC86 | X-art Unauthorized Pack #100 |
| 04/11/2015 06:31:16 | 81EC95CD5299389B06D269AF7B6AC03FCC2C6536 | Cum Worthy |

**Total Statutory Claims Against Defendant: 99**

EXHIBIT A

EVA297